UNITED STATES DISTRICT COURT OF THE
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PANGANG GROUP INTERNATIONAL ECONOMIC & TRADING CO., LTD and PANGANG GROUP CHONGQING TITANIUM INDUSTRY CO., LTD., <br><br> Petitioners, <br><br> -against- <br><br> PETRO-CHEM DEVELOPMENT CO., INC. <br><br> Respondent. | Case No. 15-cv-9586 |

### NOTICE OF PETITION TO CONFIRM AN ARBITRATION AWARD

**PLEASE TAKE NOTICE** that upon on the annexed Petition of Pangang Group International Economic & Trading Co., Ltd. and Pangang Group Chongqing Titanium Industry Co., Ltd. (together the "**Petitioners**") to Confirm an Arbitration Award (the "**Petition**"); Petitioners' Memorandum in Support of Petition; and the Declaration of Carl W. Oberdier, sworn to December 7, 2015, and the exhibit attached thereto, Petitioners will petition this Court, at the United States Courthouse, 500 Pearl Street, in the City, County, and State of New York, before a judge of the United States District Court for the Southern District of New York, U.S. Court House, 500 Pearl Street, New York, New York, at a time and place to be determined by the Court, for an order, pursuant to the Convention on the Recognition and Enforcement of Foreign Arbitral Awards (June 10 1958), as implemented by Chapter 2 of the Federal Arbitration Act, 9 U.S.C. § 207 (*a*) confirming the Final Arbitration Award, dated December 12, 2014, rendered by Sigvard Jarvin, JDr, Christopher Moger QC, and Alexander Foerster, President, under the auspices of the International Chamber of Commerce, and entering judgment thereon; and (*b*) any other relief that this Court deems necessary and proper in the interests of justice.

Dated: December 7, 2015  
       New York, New York

OBERDIER RESSMEYER LLP

By: _/s/ Carl W. Oberdier_  
Carl W. Oberdier  
Kellen G. Ressmeyer  
655 Third Avenue  
28th Floor  
New York, New York 10017  
Tel: (212) 659-5141  
Fax: (646) 349-4925

*Attorneys for Petitioners*