UNITED STATES DISTRICT COURT OF THE
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PANGANG GROUP INTERNATIONAL ECONOMIC & TRADING CO., LTD and PANGANG GROUP CHONGQING TITANIUM INDUSTRY CO., LTD., <br><br> Petitioners, <br><br> -against- <br><br> PETRO-CHEM DEVELOPMENT CO., INC. <br><br> Respondent. | Case No. 15-cv-9586 <br><br> **DECLARATION OF** <br> **CARL W. OBERDIER** |

CARL W. OBERDIER, an attorney duly admitted to practice before the Courts of the State of New York and the Southern District of New York declares under penalty of perjury, pursuant to 28 U.S.C. § 1746, as follows:

1. I am a member of the law firm of Oberdier Ressmeyer LLP, attorneys for Petitioners Pangang Group International Economic & Trading Co. Ltd. and Pangang Group Chongqing Titanium Industry Co., Ltd. (together, "**Petitioners**"), in the above-captioned proceedings.

2. Exhibit A hereto is a true and correct copy of the final and binding arbitration award rendered in favor of Petitioners and against Respondent Petro-Chem Development Co., Inc., by an arbitral tribunal seated in Stockholm, Sweden, dated December 12, 2014.

Dated: New York, New York
December 7, 2015

*/s/ Carl W. Oberdier*
Carl W. Oberdier