UNITED STATES DISTRICT COURT OF THE
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PANGANG GROUP INTERNATIONAL ECONOMIC & TRADING CO., LTD and PANGANG GROUP CHONGQING TITANIUM INDUSTRY CO., LTD., <br><br>                           Petitioners, <br><br>              -against- <br><br> PETRO-CHEM DEVELOPMENT CO., INC. <br><br>                           Respondent. | Case No. 15-cv-09586 (LTS) <br><br><br><br><br><br> **NOTICE OF APPEARANCE** |

      PLEASE TAKE NOTICE that Carl W. Oberdier, of Oberdier Ressmeyer LLP, hereby appears in the above-captioned action as counsel for Petitioners Pangang Group International Economic & Trading Co., Ltd. and Pangang Group Chongqing Titanium Industry Co., Ltd.

Dated: December 11, 2015
       New York, New York

OBERDIER RESSMEYER LLP

By:   /s/ Carl W. Oberdier
      Carl W. Oberdier
      Kellen G. Ressmeyer
655 Third Avenue, 28th Floor
New York, New York 10017
Tel: (212) 659-5141
Fax: (646) 349-4925

*Attorneys for Petitioners*